1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BOBBY GONZALEZ,                )   NO. CV 17-0972-JFW(E)
                                   )
12              Petitioner,        )
                                   )       ORDER ACCEPTING FINDINGS,
13       v.                        )
                                   )   CONCLUSIONS AND RECOMMENDATIONS
14  DEFENDANT LOS ANGELES COUNTY   )
    SHERIFF, et al.,               )   OF UNITED STATES MAGISTRATE JUDGE
15                                 )
                Respondents.       )
16  _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  Further, the Court

21  has engaged in a <u>de novo</u> review of those portions of the Report and

22  Recommendation to which any objections have been made.  The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment shall be entered dismissing the

26  action without prejudice.

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7      DATED:  April 18, 2017.

8

9

10                                      _____

11                                      JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28