**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY GONZALEZ, | ) | NO. CV 17-0972-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEFENDANT LOS ANGELES COUNTY SHERIFF, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 18, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE